UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DEVIN M. HARMON,<br><br>            Petitioner,<br><br>    v.<br><br>ROBERT HORBEL, Warden,<br><br>            Respondent. | No. CV 08-3036-FMC (AGR)<br><br>**ORDER RE: VOLUNTARY DISMISSAL OF PETITION FOR WRIT OF HABEAS CORPUS** |

On May 8, 2008, Petitioner filed a Petition for Writ of Habeas Corpus by a Person in State Custody ("Petition") pursuant to 28 U.S.C. § 2254. On August 27, 2008, Respondent filed an Answer.

On October 29, 2008, Petitioner filed a motion to withdraw all claims in his Petition. (Dkt. No. 16.) The motion to withdraw stated that "there is no adequate reason to proceed with this matter." (Motion at 2.) Petitioner stated that he is seeking representation based on new evidence of fraud and fraudulent representation on behalf of the prosecutor. (*Id.*) Respondent did not file an opposition.

On October 31, 2008, the Magistrate Judge issued a minute order stating that, if the Petition is dismissed without prejudice, any future habeas petition challenging Petitioner's conviction and/or sentence would be subject to the AEDPA's one-year statute of limitations.

(Dkt. No. 17.) The Magistrate Judge expressed no view as to whether any subsequent federal habeas petition would be timely or untimely. The minute order stated that, if Petitioner wanted to request that his Petition be dismissed without prejudice, Petitioner must file and serve Notice of Dismissal of Petition.

On November 17, 2008, Petitioner filed a Notice of Dismissal of Petition which requested "that Petition 08-CV-3036 FMC (AGR) be dismissed without prejudice.[1] (Dkt. No. 18.)

IT IS HEREBY ORDERED that Petitioner's motion to withdraw all claims and Petitioner's request that the Petition for Writ of Habeas Corpus be dismissed without prejudice (Dkt. Nos. 16, 18) is GRANTED.

IT IS FURTHER ORDERED that the Petition for Writ of Habeas Corpus and this action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

DATED: December 16, 2008

_____
FLORENCE MARIE COOPER
UNITED STATES MAGISTRATE JUDGE

---

[1] The minute order and Notice of Dismissal of Petition reference Fed. R. Civ. P. 41(a)(1). However, because Petitioner's motion to withdraw all claims was filed after Respondent's Answer, this Court treats Petitioner's motion to withdraw under Fed. R. Civ. P. 41(a)(2).